**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JERMAINE LEONARD WILLIAMS**                                                **PLAINTIFF**
**#236822**

**v.**                                  **CASE NO: 4:25-CV-00410-BSM**

**BROOK COLE,** *et al.*                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 17th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE